992

No. 12–6409.  MEJIA-NUNEZ, AKA MEJIA *v.* UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 12–6414.  WILLIAMS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–6416.  RODRIGUEZ, AKA RODRIGUEZ-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–6417.  UPSHAW *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6426.  ADETILOYE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–6428.  DEERING, AKA WILLIAMS *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 12–6431.  HERRERA-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–6432.  DAVIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–6433.  DAYTON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 12–6436.  GILBERT *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 12–6437.  WEGMANN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 12–6439.  GLADDEN *v.* DEPARTMENT OF COMMERCE ET AL. C. A. 4th Cir.  Certiorari denied.

No. 12–6441.  MCALLISTER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–6444.  O'NEILL-SERRANO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–6445.  BOSKOVIC *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.